# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1585

_____

Hubert Evans                                     *
                                                 *
            Appellant,                            *
                                                 *   Appeal from the United States
      v.                                          *   District Court for the Southern
                                                 *   District of Iowa.
William W. Hesson; Dr. Curtis                     *
Frederickson; Dr. Edward O'Brien;                 *   [UNPUBLISHED]
Dr. Chad Calarge; Dr. Harbans S.                  *
Deol; Dr. B. G. Wiltfang; Dr. Frank               *
Filippelli; Terry Mapes; Kristine                 *
Weitzell; Janice Berry; Bob Coady;                *
Dr. Pradeep Sarswat,                              *
                                                 *
            Appellees.                            *

_____

Submitted:  October 4, 2010
Filed:  October 7, 2010

_____

Before BYE, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Former inmate Hubert Evans appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record, see Mack v. Dillon, 594 F.3d 620, 622 (8th Cir. 2010) (per curiam) (standard of review), we agree with the district court's analysis. Accordingly, we affirm, see 8th Cir. R. 47B, and we also deny Evans's motion for appointment of counsel.

_____

[1]The Honorable Ronald E. Longstaff, Senior Judge, United States District Court for the Southern District of Iowa, adopting the report and recommendations of the Honorable Thomas J. Shields, United States Magistrate Judge for the Southern District of Iowa.